**Order filed February 12, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01151-CR
_____

## EX PARTE WAYLAND HURST, Appellant

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR1752**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 1, a copy of the affidavit for search warrant, State's Exhibit 2, an incident/investigation report, and State's Exhibit 3, a copy of the Texas Department of Public Safety Lab report.**

The clerk of the 10th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 1, a copy of the affidavit for search warrant, State's Exhibit 2, an incident/investigation report, and State's Exhibit 3, a copy of the Texas Department of Public Safety Lab report, on or before **February 26, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1, a copy of the affidavit for search warrant, State's Exhibit 2, an incident/investigation report, and State's Exhibit 3, a copy of the Texas Department of Public Safety Lab report, to the clerk of the 10th District Court.

PER CURIAM